UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THOMAS CHERF,

      Plaintiff,

      v.

NATIONAL TRANSPORTATION SAFETY BOARD, et al.,

      Defendants.

_____/

No. C 01-3006 PJH

**NOTICE**

The court is in receipt of a letter from plaintiff, filed August 12, 2008. The letter is incomprehensible and largely non-sensical, making it impossible for the court to determine the purpose of the letter or identify any specific request being made by plaintiff. Accordingly, the court takes no action on the letter.

To the extent, however, that plaintiff seeks any kind of judicial action in the above-referenced case, the court reminds plaintiff that the instant action was dismissed with prejudice more than six years ago, on June 12, 2002. A judgment was entered that same day. The case is therefore closed. Plaintiff is instructed to refrain from filing any further letters in this case.

**IT IS SO ORDERED.**

Dated: August 14, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge