UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THOMAS CHERF,

    Plaintiff,

    v.

NATIONAL TRANSPORTATION SAFETY BOARD, et al.,

    Defendants.
_____/

No. C 01-3006 PJH

**NOTICE**

    The court is in receipt of a letter from plaintiff, file-stamped February 24, 2011.  As has been the case with plaintiff's previous filings, the instant letter is incomprehensible and largely nonsensical, making it impossible for the court to determine the purpose of the letter or identify any specific request being made by plaintiff.  Accordingly, the court takes no action on the letter.

    Furthermore, the court again reminds plaintiff – as it did in August 2008 and most recently in November 2010 – that the instant action was dismissed with prejudice more than eight years ago, on June 12, 2002.  A judgment was entered that same day.  The case is therefore closed.

    The court has twice previously instructed plaintiff to refrain from filing any further letters in this case.  Plaintiff has failed to comply with the court's instructions.  Accordingly, the court hereby informs plaintiff that the court will not only continue to refrain from taking any action on future filings submitted by plaintiff in this case, but will furthermore cease docketing any future filings.

    Plaintiff continues to be free to file a new civil case filing with the clerk of the court, in

the event plaintiff's true intention is to file a brand new action alleging new facts.

**IT IS SO ORDERED.**

Dated: March 16, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge